UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERREL JOHNSON,<br><br>             Plaintiff,<br><br>   v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS; MARY BRANDT; DEBBRA COOKE; GLADYS HEDGERS; DEANNA DEMATTEIS; PAMELA OLEKAS; JOHN OR JANE DOES 1-10,<br><br>             Defendants. | CASE NO. 3:22-cv-5017<br><br>ORDER DISMISSING CASE AND STRIKING MOTIONS |

This matter came before the Court on the parties' Stipulation and Order and Dismissal With Prejudice. Dkt. No. 26. The parties have settled the above-referenced action and stipulate that this matter should be dismissed with prejudice and without costs to any party. The motion is GRANTED, and this case is DISMISSED with prejudice and without costs and fees to any party. Defendant's motion for summary judgment, Dkt. No. 15, is DENIED as moot. Plaintiff's motion to amend complaint, Dkt. No. 22, is DENIED as moot.

Dated this 11th day of May, 2023.

Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE AND STRIKING MOTIONS - 1